RECEIVED
IN ALEXANDRIA, LA
FEB - 1 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

Case 2:09-cv-01225-JTT-KK   Document 9   Filed 02/01/10   Page 1 of 1 PageID #: 38

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONALD BURGO** | : | **DOCKET NO. 2:09-cv-1225** |
| | | **SECTION "P"** |
| VS. | : | **JUDGE TRIMBLE** |
| **HOUMA-THIBODEAUX DIOCESE OFFICIAL CHURCH OFFICE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with 28 U.S.C. § 1915(e)(2)(B).

**IT IS ALSO ORDERED** that plaintiff's request for appointment of counsel be denied at the present time.

**IT IS FURTHER ORDERED** that the claims brought by plaintiff on behalf of any other party be dismissed.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 1st day of February, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE